IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00092-GPG

GARY REX LONG, JR.,

    Applicant,

v.

PEOPLE OF THE UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Gary Rex Long, Jr., is an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Mr. Long initiated this action by filing *pro se* a document titled "UMDDA Uniform Mandatory Disposition of Detainers Act" (ECF No. 1) apparently seeking relief with respect to a detainer or pending criminal charges. The instant habeas corpus action was commenced and, on January 13, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Long to cure certain deficiencies if he wished to pursue any claims. Specifically, Magistrate Judge Gallagher ordered Mr. Long to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the $5.00 filing fee for a habeas corpus action or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. Mr. Long was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Long has failed to cure the deficiencies within the time allowed and he has

failed to respond in any way to Magistrate Judge Gallagher's January 13 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Long failed to cure the deficiencies as directed. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  19th  day of   February  , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court